IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FUCE, II, Sui Juris : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 09-4916 |
| MICHELE HOFFMAN, : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 28th day of January, 2010, upon consideration of Defendant Michele Hoffman's Motion to Dismiss (Doc. No. 2), and the documents submitted by Plaintiff Joseph Fuce, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 4) is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE